FILED
CLERK, U.S. DISTRICT COURT

SEP 18 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> Barbara Rodriguez <br> Defendant. | CASE NO. 08-1125-ODW <br><br> ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (X) the appearance of defendant as required; and/or

(B) (X) the safety of any person or the community.

//
//

1    The court concludes:

2  A.   (✓) Defendant poses a risk to the safety of other persons or the community
3        because defendant has not demonstrated by clear and convincing
4        evidence that:
5        _She will comply with her supervision,_
6        _including with no use of_
7        _narcotics._

10 (B)  (✓) Defendant is a flight risk because defendant has not shown by clear
11       and convincing evidence that:
12       _She will comply with court orders._

17    IT IS ORDERED that defendant be detained.

21 DATED: 9·18·12

23                                    _/s/_
                            HONORABLE JAY C. GANDHI
24                          UNITED STATES MAGISTRATE JUDGE

2